UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 13-38601
Michelle Yvette Jones )
)  Chapter: 13
)
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER DENYING WITHOUT PREJUDICE
APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On June 10, 2021, an application was filed for the Claimant(s), Michelle Yvette Jones, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant(s) is entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that the application is denied without prejudice for improper notice.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 14, 2021