UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 13-38601
Michelle Yvette Jones  )
  )  Chapter: 13
  )  Honorable A. Benjamin Goldgar
  )
  )
Debtor(s)  )

**ORDER DENYING WITHOUT PREJUDICE
APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On June 10, 2021, an application was filed for the Claimant(s), Michelle Yvette Jones, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant(s) is entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that the application is denied without prejudice for improper notice.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 14, 2021

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 13-38601-LAH |
| Michelle Yvette Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 15, 2021 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michelle Yvette Jones, 1301 W 71st Place, Chicago, IL 60636-4119 |
| | + Michelle Yvette Jones, 10100 S Princeton Ave, Chicago, IL 60628-1944 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cecil D Scruggs | on behalf of Debtor 1 Michelle Yvette Jones ndil@geracilaw.com |
| Dale A Riley | on behalf of Debtor 1 Michelle Yvette Jones ndil@geracilaw.com |
| Marilyn O Marshall | courtdocs@chi13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Ryan S Fojo | on behalf of Debtor 1 Michelle Yvette Jones ndil@geracilaw.com |

TOTAL: 5